THOMAS D. TAGGART, PROSECUTOR, v. JOSEPH A. ALTMAN ET AL., RESPONDENTS.

Submitted October 6, 1942—Decided December 28, 1942.

Before Justices CASE, DONGES and COLIE.

For the prosecutor, *Louis B. LeDuc.*

For the respondents, *Vincent S. Haneman* and *Joseph A. Altman.*

PER CURIAM.

An examination of the moving papers leads the court to a belief that a writ of *certiorari* should be allowed to review the two resolutions adopted by the Board of Commissioners of the City of Atlantic City on the 21st day of May, 1942, with leave to all parties to take depositions on five days' notice, to be used on the return of the writ.